**Roy KELLER v. UNITED STATES of America.**

No. 1899.

Circuit Court of Appeals, Tenth Circuit.

May 31, 1939.

J. B. Champion, of Ardmore, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, for failure to prosecute, on motion of appellee.

**Gustav Maurice KLOPSTOCK, Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.**

No. 318.

Circuit Court of Appeals, Second Circuit.

April 24, 1939.

Abraham J. Rosenblum, of New York City, for appellant.

John T. Cahill, U. S. Atty., of New York City (Clarence W. Roberts, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.

**John J. KUPATA, v. The UNITED STATES of America.**

No. 9189.

Circuit Court of Appeals, Ninth Circuit.

May 15, 1939.

Graham K. Betts, of Seattle, Wash., for appellant.

J. Charles Dennis, U. S. Atty, and F. A. Pellegrini, Asst. U. S. Atty., and Francis J. McGan, Atty., Department of Justice, all of Seattle, Wash.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellant and stipulation of parties for dismissal of the appeal herein, ordered motion granted, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

**Harry J. LIPPMAN v. B. C. SCHRAM, Receiver of First National Bank-Detroit.**

Circuit Court of Appeals, Sixth Circuit.

April 12, 1939.

Harry J. Lippman, of Detroit, Mich., for appellant.

Robert S. Marx and Orville J. Thill, both of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the record in this cause was filed by leave of court on February 16, 1939, and after due notice, no further steps have been taken to prosecute the appeal, it is now ordered that the appeal be and the same is hereby dismissed without docketing.